## UNITED STATES BANKRUPTCY COURT
### District of Massachusetts, Eastern Division

In re: Amer, Suzanne

Chapter 7
Docket Number 11-19854 WCH

NOV 02 '11 PM 2:24 US

**Motion to Impound Papers**
MLBR 9018-1

Now comes the Debtor, through counsel and respectfully requests this Motion and the attached amended Chapter 7 petition be impounded for good and sufficient cause. In support of said request Debtor's Counsel states under oath as follows;

1. The Debtor is a victim of a sexual assault and kidnapping.

2. Revealing the Debtor's residential address would place the Debtor's personal safety in jeopardy.

3. A criminal case was prosecuted in the State of Hawaii. The alleged perpetrator(s) were charged with sexual assault and kidnapping.

4. A restraining order was issued in the State of Hawaii to protect the Debtor.

5. The alleged perpetrator violated the restraining order and approached the Debtor at her place of employment.

6. The incident was captured on the security video.

11/03/2011 Granted.